THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Shane Taylor, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No.  2009-UP-520
 Submitted November 2, 2009  Filed
November 19, 2009

Affirmed

 
 
 
 Senior Appellate Defender, Joseph Savitz,
 III, of Columbia, for Appellant.
 Assistant Chief Legal Counsel, J. Benjamin
 Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Shane Taylor appeals the revocation of
 his probation arguing the trial court "erred by revoking [his] probation
 simply because he was homeless, as the status of homelessness as a basis for
 incarceration violates the Fourteenth Amendment."  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authorities: State v. Sweet, 374 S.C. 1, 5, 647 S.E.2d 202, 205 (2007) ("To
 properly preserve an issue for review there must be a contemporaneous objection
 that is ruled upon by the trial court."); State v. Hamilton, 333
 S.C. 642, 648-49, 511 S.E.2d 94, 97 (Ct. App. 1999) ("[B]efore
 revoking probation, the [trial court] must determine if
 there is sufficient evidence to establish that the probationer has violated his
 probation conditions.").
Affirmed.
Hearn, C.J., Huff, and Geathers, J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.